IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TATE, | 1:09-cv-00770-GSA (PC) |
|     Plaintiff, | ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE |
| vs. | TO RESPOND TO THE COURT'S ORDER RE CONSENT OR |
| MATTHEW CATE, et al., | REQUEST FOR REASSIGNMENT |
|     Defendants. | RESPONSE DUE IN 30 DAYS |
| _____/ | |

       On April 30, 2009, and again on June 15, 2009, the court issued an order requiring plaintiff to consent to or decline Magistrate Judge jurisdiction within thirty days. The thirty-day period has now expired, and plaintiff has not returned the form, or otherwise responded to the court's order.

       Local Rule 11-110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

       Based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, plaintiff shall complete and return the Order Re Consent or Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why

///

sanctions, up to and including dismissal of this action, should not be imposed against him for failing to obey a court order.

IT IS SO ORDERED.

Dated: **July 31, 2009**         /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE