IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TATE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-00770 JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR DEPOSITION<br><br>(Doc. 34) |

On March 22, 2011, Defendant sought leave, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to take the deposition of Plaintiff. In addition, Defendant requested that the deposition be taken by video conferencing, if feasible.

Good cause appearing, it is **HEREBY ORDERED** that Defendant may take the deposition of Plaintiff in regard to this action while he is incarcerated in prison. Further, the deposition may be taken by video conferencing. However, nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:　**March 23, 2011**　　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE