IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TATE, | Case No. 1:09-cv-00770 JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | (Doc. 36) |
| MATTHEW CATE, et al., | 14 DAY DEADLINE TO RESPOND |
| Defendants. | |
| _____/ | |

      On March 30, 2011, Plaintiff filed a motion to compel the production of documents. (Doc. 36.) Pursuant to Local Rule 230(l), a responding party must file its opposition or statement of no opposition no later than twenty-one days after the date of service of the motion. As of the date of this order, however, Defendants have failed to file such a document.

      Accordingly, it is **HEREBY ORDERED** that:

1. Within 14 days of the date of service of this order, Defendants shall file an opposition or statement of no opposition to Plaintiff's March 30, 2011 motion to compel; and
2. Defendants are cautioned that failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. Local Rule 230(l).

IT IS SO ORDERED.

Dated: **April 27, 2011**     /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE