IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TATE,<br><br>      Plaintiff,<br><br>  vs.<br><br>MATTHEW CATE, et al.,<br><br>      Defendants.<br>_____/ | Case No. 1:09-cv-00770 JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. 46) |

On May 6, 2011, Plaintiff filed a document entitled "Second Amended Complaint." However, the Court has not granted Plaintiff leave to amend, nor is there any indication that Plaintiff has obtained written consent from opposing counsel to file an amended pleading. See Fed. R. Civ. P. 15(a)(2). In addition, upon review of the document it appears that Plaintiff has simply removed the pages referring to dismissed defendants from his operative complaint.[1] While Plaintiff's interest in consolidating his pleadings is appreciated, it is not necessary at this time.

Accordingly, for all the reasons stated above, it is **HEREBY ORDERED** that Plaintiff's May 6, 2011 motion to amend (Doc. 46) is **DENIED**.

IT IS SO ORDERED.

Dated: **May 18, 2011**                                              /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Because an actual motion to amend did not accompany the document, the Court is unaware of the changes or amendments Plaintiff sought through this filing.