IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TATE,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:09-cv-00770 JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE SCHEDULING ORDER<br><br>(Doc. 49) |

On June 17, 2011, Plaintiff filed a request for a copy of the Court's scheduling order issued on March 16, 2011. Plaintiff explains that his copy of the scheduling order was somehow "dislocated." (Doc. 49 at 2.)

Good cause appearing, it is **HEREBY ORDERED** that:

1. Plaintiff's June 17, 2011 request for a copy of the Court's scheduling order (Doc. 49) is **GRANTED**; and

2. The Clerk of the Court is directed to send Plaintiff a <u>one-time</u> courtesy copy of the

IT IS SO ORDERED.

Dated:  **June 23, 2011**                                        /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE