IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TATE, | Case No. 1:09-cv-00770 JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| MATTHEW CATE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2011, Plaintiff filed a motion to compel the production of certain documents. (Doc. 52.) As of the date of this order, Defendants have not file an opposition or otherwise responded to Plaintiff's motion.

Local Rule 230(l) provides, in part, that: "Failure of the responding party to file written opposition or to file a statement of no opposition [within twenty-one days after the date of service of a motion] may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 also provides that a party's failure to comply with the Local Rules "may be ground for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, it is **HEREBY ORDERED** that within fourteen (14) days of the date of this order, Defendants shall (1) file an opposition or statement of no opposition to the pending motion

to compel; and (2) show cause in writing why sanctions should not be imposed for Defendants' failure to comply with the Local Rules.

IT IS SO ORDERED.

Dated:  **September 6, 2011**                              /s/ **Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE